**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MIDWEST E.O.R., INC.,           ) | |
|        Plaintiff,           ) | |
| v.           ) | No. 3:07-MC-0020-B |
|            ) | ECF |
| CAPCO ENEGRY, INC., et al.,           ) | |
|        Defendants.           ) | |

**ORDER ACCEPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the report and recommendation of the United States Magistrate Judge on Capco Energy's Motion to Quash Subpoena Duces Tecum (doc. 1).  The District Court reviewed the report and recommendation for plain error.  Finding none, the Court accepts the report and recommendation of the United States Magistrate Judge.

**SO ORDERED** this  10th  day of        May , 2007.


_____
**JANE J. BOYLE**
**UNITED STATES DISTRICT JUDGE**